[No. 18422.  Department Two.  November 20, 1925.]

JOHN QUIENT, *Appellant*, v. SETH BARKER *et al.*, *Respondents.*[1]

Appeal from an order of the superior court for King county, Gilliam, J., entered July 24, 1923, quashing a writ of replevin, on motion of defendant. Appeal dismissed.

*Philip Tworoger*, for appellant.

*J. Kalina*, for respondents.

MACKINTOSH, J.—The record in this action is identical with that in cause No. 18421, *Quient v. Jennings, ante* p. 534, 240 Pac. 899, and for the reason stated in the opinion filed in that cause the appeal in this action is dismissed.

TOLMAN, C. J., PARKER, MITCHELL, and MAIN, JJ., concur.

[1]Reported in 240 Pac. 899.